IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RONALD L. WHITE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-17-978-C |
| | ) | |
| MONTANA STATE PRISON, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER OF TRANSFER

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Suzanne Mitchell on September 18, 2017. The Court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed.\* Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 4) of the Magistrate Judge is adopted and this case is transferred to the United States District Court for the Eastern District of Oklahoma.

IT IS SO ORDERED this 16th day of October, 2017.

ROBIN J. CAUTHRON
United States District Judge

---

\* Petitioner has filed a "Notice of Mistake" (Dkt. No. 5), which has no bearing on the Report and Recommendation and will be left for the transferee court to decide.